UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
KELLY ALICE KESSLER,           ) 1:10-cv—0322-OWW-SMS-HC
                               )
          Petitioner,          ) ORDER DEFERRING CONSIDERATION OF
                               ) PETITIONER'S MOTION FOR AN
                               ) EVIDENTIARY HEARING UNTIL
     v.                        ) CONSIDERATION OF THE MERITS OF
                               ) THE PETITION (DOC. 35)
TINA HORNBEAK, Warden, et al.,)
                               )
          Respondents.         )
                               )
_____ )
```

Petitioner is a state prisoner proceeding with the assistance of counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion for an evidentiary hearing, which was filed and served on Respondent on April 5, 2011. No opposition to the motion was filed.

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).

Here, Petitioner's motion for an evidentiary hearing is

1

appropriately considered when the Court reviews the case in full and considers the merits of the petition.  Further, there are cases other than Petitioner's that became ready for consideration of the merits earlier than Petitioner's case.

Accordingly, it is ORDERED that consideration of Petitioner's motion for an evidentiary hearing is DEFERRED until the Court considers the merits of the petition.

IT IS SO ORDERED.

**Dated:   July 26, 2011**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE