UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALICE KESSLER, ) | 1:10-cv—0322-OWW-SMS-HC |
| ) | |
| Petitioner, ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION TO CORRECT EXHIBITS |
| ) | (DOC. 36) |
| v. ) | |
| ) | DIRECTIONS TO THE CLERK OF THE |
| TINA HORNBEAK, Warden, et al., ) | COURT |
| ) | |
| Respondents. ) | |
| ) | |

Petitioner is a state prisoner proceeding with the assistance of counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion to correct exhibits, which was filed and served on Respondent on April 6, 2011.

In the motion, counsel for Petitioner stated in a declaration under penalty of perjury that counsel for Respondent had informed him that there was no opposition to the request to correct exhibits.

Good cause appearing, Petitioner's motion to correct an omission from the record of a partial copy of Item 3, Exhibit F inadvertently filed in Doc. 7-2, at pages 10-18 is granted.

1

1  The Clerk is directed to lodge nunc pro tunc a complete copy
2  of Exhibit F as contained in Volume 29 of exhibits submitted
3  concurrently with the motion, which shall replace Doc. 7-2, at
4  10-18.

6  IT IS SO ORDERED.

7  **Dated:     July 26, 2011**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE