# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALICE KESSLER,<br><br>    Petitioner,<br><br>  v.<br><br>TINA HORNBEAK, Warden, and MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Respondent. | Case No. 1:10-cv-00322-LJO-BAM  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Deborah K. Johnson has succeeded Tina Hornbeak as warden of Central California Women's Facility, and Jeffrey Beard, Ph.D., has succeeded Matthew Cate as Secretary of the California Department of Corrections and Rehabilitation.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the names of Deborah K. Johnson, Warden, and Jeffrey Beard, Ph.D., Secretary, California Department of Corrections and Rehabilitation, as Respondents.

IT IS SO ORDERED.

Dated: **September 15, 2015**    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE